HELEN MEYER, a widow, v. ANNABEL RILEY, and ROLAND L. RILEY, her husband.

10 So. (2nd) 553              June Term, 1942
November 27, 1942             Division A

*Stanley C. Myers, Hendricks & Hendricks,* for appellant.
*Morehead & Pallot,* and *Chas. A. Morehead,* for appellees.

PER CURIAM:

The record has been examined and considered in the light of briefs and oral argument submitted by counsel for the respective parties and we fail to find any reversible error reflected thereby.

Therefore, judgment should be, and is, affirmed.

So ordered.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.